UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONGMIN XIE, | ) Case No. CV 11-148 TJH(JC) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, ) CONCLUSIONS, AND ) RECOMMENDATIONS OF UNITED |
| WESLEY LEE, et al., | ) STATES MAGISTRATE JUDGE |
| Respondents. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus and Release from Detention (the "Petition"), and all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and respondent's Response to Report and Recommendation ("Response"). The Court approves and adopts the United States Magistrate Judge's Report and Recommendation. The Court likewise agrees with respondent that the Petition is moot and that the Court lacks jurisdiction to consider it because the Court cannot afford petitioner, who has now been removed to China, the relief sought therein, *i.e.*, release under ICE supervision pending removal to China.[1]

---

[1] Although deportation from the United States after filing a habeas petition does not necessarily moot a petitioner's claim, where, as here, the petitioner seeks release from custody

(continued...)

1     IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice for lack of prosecution and mootness/lack of jurisdiction.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondents.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 21, 2011

_____
HONORABLE TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE

---

[1](...continued)
pending removal and there is no collateral consequence that may be redressed by success on the Petition, there is no live controversy. See Abdala v. Immigration & Naturalization Service, 488 F.3d 1061, 1063-64 (9th Cir. 2007), cert. denied, 552 U.S. 1267 (2008); Picrin-Peron v. Rison, 930 F.2d 773, 776 (9th Cir. 1991) ("By his petition for habeas corpus, Picrin-Peron has requested only release from custody. Because he has been released, there is no further relief we can provide.").