UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YONGMIN XIE, | ) | Case No. CV 11-148 TJH(JC) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| WESLEY LEE, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and Release from Detention is denied and this action is dismissed without prejudice.

DATED: April 21, 2011

_____
HONORABLE TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE